## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## KNOXVILLE DIVISION

| | |
|---|---|
| CNX GAS COMPANY LLC, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No.: 3:11-cv-00362 |
| | ) **JURY DEMANDED** |
| MILLER ENERGY RESOURCES, INC., | ) **Varlan/Shirley** |
| CRESTA CAPITAL STRATEGIES, LLC, | ) |
| and SCOTT BORUFF, | ) |
|     Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to FRCP 41.(a)(1)(A)(ii) Plaintiff and all Defendants stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys fees and discretionary costs.

Dated this the 19th day of March, 2014.

APPROVED BY:

*/s/ Charles VanBeke*
Charles W. VanBeke, Esq.
Wesley Edward Shipe, Esq.
Wagner, Myers & Sanger, PC
1801 First Tennessee Plaza
Knoxville, TN 37929
*Attorney for CNX Gas Company, LLC*

*/s/ Michael Gilmore*
Michael P. Gilmore, Esq.
Sims, Moss, Kline & Davis, LLP
129 Third Street
Mineola, NY 11501
*Attorney for Cresta Capital Strategies, LLC*

1

*s/Lawrence P. Leibowitz*
Lawrence P. Leibowitz (BPR #000974)
Jennifer Knapp Hemmelgarn (BPR #027359)
LEIBOWITZ LAW FIRM, PLLC
608 Gay Street, SW, Suite 200
Knoxville, Tennessee 37902
Telephone: (865) 637-1809
*Attorney for Scott Boruff*

*s/ Stephen A. Marcum, Esq.*
Stephen A. Marcum, Esq.
MARCUM & PETROFF, PC
3 Courthouse Square
P.O. Box 240
Huntsville, Tennessee 37756
Telephone: (423) 663-9755
*Attorney for Miller Energy Resources, Inc.*